FILED 2000 AUG 18 PM 1: [CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRANSYLVANIA IMPORTS and

MICHAEL MACHAT

            Plaintiff(s),

v.

SENSENET, INC and

DANE ATKINSON

            Defendant(s).

CASE NUMBER CV 00-05992 MMM-SHX

NOTICE OF DISMISSAL BY PLAINTIFF
RULE 41(a)(1) F.R.Civ.P.

[ENTERED CLERK U.S. DISTRICT COURT AUG 21 2000 CENTRAL DISTRICT OF CALIFORNIA]

The above-entitled action is hereby dismissed with prejudice by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: August 17, 2000

            ATTORNEY FOR PLAINTIFF

NOTE:    THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

✓ Docketed
__ Copies / NTC Sent
__ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

AUG 21 2000

CV-9